```
```
Case 2:14-cr-00123-TLN   Document 10   Filed 08/11/14   Page 1 of 2

HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-cr-123 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE MOTION HEARING TO NOVEMBER 13, 2014, AT 9:30 A.M.; MODIFIED BRIEFING SCHEDULE |
| v. | |
| JAMES MARTIN, | ) Date:  October 16, 2014 |
| Defendant. | ) Time:  9:30 a.m. |
| | ) Judge: Hon. Troy L. Nunley |

The parties stipulate that the Court should reschedule the motion hearing set for October 16, 2014, at 9:30 a.m., on November 13, 2014, at 9:30 a.m.

Counsel for Mr. Martin requires additional time to research, prepare, and file motions. The additional time will also facilitate consultation with Mr. Martin.

Counsel agree to the following modification of the briefing schedule: motion to suppress due on or before September 4, 2014; opposition due on or before October 23, 2014; optional reply due on or before November 6, 2014.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through November 13, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, and 18 U.S.C. § 3161(h)(1)(D), Local Code E.

Stipulation and Order to Continue                    -1-                              2:14-cr-123 TLN

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 8, 2014                HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ M.Petrik_____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender

DATED: August 8, 2014                BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M.Petrik for_____
                                     OLUSERE OLOWOYEYE
                                     Assistant U.S. Attorney

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the motion hearing rescheduled on November 13, 2014, at 9:30 a.m., and approves the briefing schedule outlined above. The Court orders the time from the date of the parties stipulation, up to and including November 13, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, and 18 U.S.C. § 3161(h)(1)(D), Local Code E.

Dated: August 8, 2014

_____
Troy L. Nunley
United States District Judge