HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-123-TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE |
| v. | ) ) | Date:  November 13, 2014 |
| JAMES MARTIN, | ) ) | Time:  9:30 a.m. Judge:  Hon. Troy L. Nunley |
| Defendant. | ) ) ) | |

The parties stipulate that the Court should allow counsel for Mr. Martin to file the motion to suppress evidence on or before September 11, 2014.

Counsel for Mr. Martin requires additional time to research, prepare, and file motion.

The parties also stipulate that the Court has ordered the exclusion of time through November 13, 2014, under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, and 18 U.S.C. § 3161(h)(1)(D), Local Code E. The parties agree that that order should remain unchanged.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: September 4, 2014 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ M.Petrik_____<br>MICHAEL PETRIK, Jr.<br>Assistant Federal Defender |
| DATED: September 4, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ M.Petrik for_____<br>OLUSERE OLOWOYEYE<br>Assistant U.S. Attorney |

### **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court approves the briefing schedule outlined above.

Dated: September 5, 2014

_____
Troy L. Nunley
United States District Judge