HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-123 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO RESCHEDULE STATUS CONFERENCE TO JANUARY 29, 2015 |
| v. | ) ) | |
| JAMES MARTIN, | ) ) | Date:   January 8, 2015 Time:   9:30 a.m. |
| Defendant. | ) ) ) | Judge:  Hon. Troy L. Nunley |

The parties stipulate that the Court should reschedule the status conference set for January 8, 2015, at 9:30 a.m., on January 29, 2015, at 9:30 a.m.

Counsel for Mr. Martin requires additional time to investigate Mr. Martin's criminal history, and prepare for a potential change of plea. The additional time will also facilitate consultation with Mr. Martin.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through January 29, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

///

///

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 6, 2015          HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ M.Petrik_____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

DATED: January 6, 2015          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for_____
                                OLUSERE OLOWOYEYE
                                Assistant U.S. Attorney

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled on January 29, 2015, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including January 29, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

DATED: January 6, 2015

_____
Troy L. Nunley
United States District Judge